UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANWAR PEACE,<br><br>                    Plaintiff,<br><br>v.<br><br>RICHARD G. KERLIKOWSKE, Chief of the Seattle Police Department, individually and in his official capacity, LEO E. POORT, Seattle Police Department Legal Advisor, individually and in his official capacity, THE SEATTLE POLICE DEPARTMENT, and THE CITY OF SEATTLE,<br><br>                    Defendants. | No.  C04-2114Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court DENIES Plaintiff's Motion for Reconsideration, docket no. 25. While Mr. Peace's right to protest within 500 feet of Mr. Kerlikowske's home or business may have been deprived for 14 days, his right to protest anywhere outside of this zone was not impacted. The suspension for fourteen days of Plaintiff's right to protest within 500 feet of Mr. Kerlikowske's home or business, balanced against the government's interest in protecting Mr. Kerlikowske from harassment, did not require a pre-deprivation evidentiary hearing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 25th day of April, 2005.

BRUCE RIFKIN, Clerk

By  s/ Casey Condon
_____
Casey Condon
Deputy Clerk

MINUTE ORDER  -1-